UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROYAL LOVE-CAMP,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>NEV. DEPT. OF CORRECTIONS, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:23-cv-00670-MMD-CSD<br><br>ORDER |

　　　　Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. Accordingly, this matter has not been properly commenced. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

　　　　It is therefore ordered that this action is dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this Court in a new action with either: (1) the $5.00 filing fee; or (2) a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. The Clerk is directed to enter judgment accordingly and close this case.

　　　　It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

　　　　It is further ordered that the Clerk will send petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital

Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

DATED THIS 9th Day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE