UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROYAL LOVE-CAMP, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM GITTERE, *et al.*, <br><br> Respondents. | Case No. 3:23-cv-00670-MMD-CSD <br><br> ORDER |

Petitioner Royal Love-Camp moves to voluntarily dismiss this habeas case without prejudice. (ECF No. 16.) Love-Camp indicates that he has another habeas case in this Court (Case No. 2:24-cv-00141-JAD-NJK) where he was appointed counsel prior to the Court appointing counsel in this case. (*Id.*) The Court finds good cause exists to grant the motion.

It is therefore ordered that Love-Camp's motion for voluntary dismissal (ECF No. 16) is granted. This case is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

It is further ordered that the Court's prior order appointing counsel in this case (ECF No. 15) is vacated.

DATED THIS 14th Day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE